UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOSEA KARANJA, TIMOTHY DYER, JOHN NJOROGE, WILFRED CHEGE, STEVEN STANIN, PETER NJENGA, PETER THAGICU, DIANA MERCADO, RICHARD RICHU, DAVID GIATHI, DINAMENE BRANDAO and HANNAH KIARIE, individually and on behalf of all others similarly situated,<br>　　　Plaintiffs,<br><br>v.<br><br>STRATEGIC DELIVERY SOLUTIONS, LLC and SUBCONTRACTING CONCEPTS, LLC,<br>　　　Defendants. | C.A. No.: 15-40041-TSH |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE SETTLEMENT AS TO DEFENDANT STRATEGIC DELIVERY SOLUTIONS, LLC AND FOR LEAVE TO FILE A PETITION AS TO AN AWARD OF ATTORNEYS' FEES**

On May 9, 2020, the plaintiffs filed with this Court a motion to enforce settlement as to defendant Strategic Delivery Solutions, LLC ("SDS") and for leave to file a petition as to an award of attorneys' fees. On May 13, 2020, the undersigned counsel received the settlement check on behalf of SDS via an overnight mailing and on May 14, 2020 the undersigned counsel received a copy of the settlement agreement signed that has been executed by a SDS representative. By agreement with counsel for SDS, the undersigned will not be pursuing the motion to enforce further, including the request for the fees associated with the motion to enforce. The plaintiffs hereby give notice of their withdrawal of the motion to enforce.

1

THE PLAINTIFFS,
By their attorney,

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini, BBO #: 654690
Reardon, Joyce & Akerson, P.C
4 Lancaster Terrace
Worcester, MA 01609
508.754.7285
agambaccini@rja-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on May 9, 2020.

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini